# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN ARCENEUX CLAIR, JR., | CASE NO. CV 14-0854-DSF (JEM) |
| Petitioner, | |
| v. | JUDGMENT |
| E. VALENZUELA, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 3/28/14

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE